# United States District Court
# For The Western District of North Carolina
# Charlotte Division

K.A. and R.A., on behalf of C.A.,

        Plaintiff(s),                                JUDGMENT IN A CIVIL CASE

vs.                                                   3:04-cv-434

Charlotte-Mecklenburg Bd. Of Education,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 5/26/05 Order.

**Signed: May 31, 2005**

Frank G. Johns, Clerk
United States District Court